IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01816-PAB-KMT

CHRISTINA KEMMERLING,

     Plaintiff,

v.

SAFEWAY, INC., a Delaware corporation,

     Defendant.

---

## ORDER OF RECUSAL

---

     This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, who has entered an appearance on behalf of defendant Safeway, Inc.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

     ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

     DATED August 6, 2010.

                          BY THE COURT:


                          s/Philip A. Brimmer_____
                          PHILIP A. BRIMMER
                          United States District Judge