**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   10-cv-01816-LTB-KMT

CHRISTINA KEMMERLING,

       Plaintiff,

v.

SAFEWAY, INC.,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 32 - filed March 28, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          _s/Lewis T. Babcock_
                                          Lewis T. Babcock, Judge

DATED:   March 29, 2011